1 | DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2 | MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California  95814
4 | Telephone (916) 498-5700

5 | Attorney for Defendant
ISSAC MEJIA
6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,    )
                              )  Cr.S. 10-483-WBS
               Plaintiff,     )
13                            )  **STIPULATION AND [~~PROPOSED~~]**
          v.                  )  **ORDER CONTINUING STATUS**
14                            )  **CONFERENCE**
   ISSAC MEJIA,               )
15                            )  DATE:  March 26, 2012
               Defendant.     )  TIME:  9:30 a.m.
16                            )  JUDGE: Hon. William B. Shubb
   _____ )
17

18

19 | It is hereby stipulated and agreed to between the United States of

20 | America through PAUL HEMESATH Assistant U.S. Attorney, and defendant,

21 | ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant

22 | Federal Defender, that the status conference set for Monday, February

23 | 27, 2012, be continued to Monday, March 26, 2012, at 9:30 a.m..

24 | The reason for this continuance is to allow defense counsel

25 | additional time to review discovery with the defendant, to examine

26 | possible defenses and to continue investigating the facts of the case.

27 | Speedy trial time is to be excluded from the date of this order

28 | through the date of the status conference set for March 26, 2012,

1  pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv) [reasonable time to
2  prepare] (Local Code T4).

3  DATED: February 22, 2012          Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5
                                     /s/ Matthew M. Scoble
6                                    MATTHEW M. SCOBLE
                                     Assistant Federal Defender
7                                    Attorney for Defendant
                                     ISSAC MEJIA
8

9  DATED: February 22, 2012          BENJAMIN B. WAGNER
                                     United States Attorney
10
                                     /s/ Matthew M. Scoble for
11                                   PAUL HEMESATH
                                     Assistant U.S. Attorney
12                                   Attorney for Plaintiff

13

14                          **O R D E R**

15      IT IS HEREBY ORDERED that this matter is continued to Monday,
16 March 26, 2012, at 9:30 a.m., for further status conference.

17      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)
18 &(B)(iv) and Local Code T4, the period from the date of this stipulation,
19 February 22, 2012, up to and including March 26, 2012, is excluded from
20 the time computations required by the Speedy Trial Act due to ongoing
21 preparation of counsel, and that the ends of justice served by granting
22 this continuance outweigh the best interests of the public and the
23 defendants in a speedy trial.

24
   DATED:  February 22, 2012
25

26 _____
   WILLIAM B. SHUBB
27 UNITED STATES DISTRICT JUDGE

28

                              2