```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ISSAC MEJIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ISSAC MEJIA,<br><br>        Defendant. | Cr.S. 10-483-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE: April 9, 2012<br>TIME: 9:30 a.m.<br>JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, March 26, 2012, be continued to Monday, April 9, 2012, at 9:30 a.m. for change of plea.

The reason for this continuance is to allow the parties to finalize the plea agreement. All important terms have been agreed to, however the continuance is necessary to resolve the last details of the plea agreement.

1 | Speedy trial time is to be excluded from the date of this order
2 | through the date of the change of plea set for April 9, 2012, pursuant
3 | to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv) [reasonable time to prepare]
4 | (Local Code T4).

DATED: March 21, 2012  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
ISSAC MEJIA

DATED: March 21, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble for
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, April 9, 2012, at 9:30 a.m., for change of plea hearing.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) &(B)(iv) and Local Code T4, the period from the date of this stipulation, March 21, 2012, up to and including April 9, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: March 21, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE