```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ISSAC MEJIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 10-483-WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING STATUS** |
| | ) | **CONFERENCE** |
| ISSAC MEJIA, | ) | |
| | ) | DATE: May 14, 2012 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the status conference set for Monday, April 9, 2012, be continued to Monday, May 14, 2012, at 9:30 a.m. for change of plea.

The reason for this continuance is to allow the parties to finalize the plea agreement. All important terms have been agreed to, however the continuance is necessary to resolve the last details of the plea agreement.

| | |
|---|---|
| 1 | Speedy trial time is to be excluded from the date of this order |
| 2 | through the date of the change of plea set for May 14, 2012, pursuant |
| 3 | to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv) [reasonable time to prepare] |
| 4 | (Local Code T4). |

DATED: April 3, 2012                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew M. Scoble
                                    MATTHEW M. SCOBLE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ISSAC MEJIA

DATED: April 3, 2012                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Matthew M. Scoble for
                                    PAUL HEMESATH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## **O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, May 14, 2012, at 9:30 a.m., for change of plea hearing.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) &(B)(iv) and Local Code T4, the period from the date of this stipulation, April 3, 2012, up to and including May 14, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: April 5, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE