DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
ISSAC MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISSAC MEJIA,<br><br>　　　　Defendant. | Cr.S. 10-483-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA**<br><br>DATE: June 18, 2012<br>TIME: 9:30 a.m.<br>JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, ISSAC MEJIA by and through his counsel, MATTHEW M. SCOBLE Assistant Federal Defender, that the change of plea set for Monday, May 14, 2012, be continued to Monday, June 18, 2012, at 9:30 a.m. for change of plea.

The reason for this continuance is to allow the parties to finalize the plea agreement. All important terms have been agreed to, however the continuance is necessary to resolve the last details of the plea agreement.

Speedy trial time is to be excluded from the date of this order

through the date of the change of plea set for June 18, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 30, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
ISSAC MEJIA

DATED: April 30, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble for
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Monday, June 18, 2012, at 9:30 a.m., for change of plea hearing.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A) &(B)(iv) and Local Code T4, the period from the date of this stipulation, April 30, 2012, up to and including June 18, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: April 30, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE